**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **RAIFORD REEVES,** | : | |
| | : | |
| **Movant,** | : | |
| **v.** | : | |
| | : | **No. 5:23-CR-5-2(CAR)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| ______________________________ | : | |

**ORDER ON MOTION TO SEAL**

Before the Court is Movant Raiford Reeves' Motion to Seal. For good cause shown, it is hereby **ORDERED** that Movant's Motion to Seal [Doc. 321] be **GRANTED in part** and **found MOOT in part**. The Clerk of Court is DIRECTED to SEAL Movant's Motion [Doc. 321] and limit access to the parties and approved court personnel only. Movant's additional requests to seal are moot because all information is already under seal.

**SO ORDERED,** this 4th day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT